# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-2959

_____

TYRONE LEE DUPREE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert E. Long, Judge.

September 28, 2021

PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.